```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

RICHARD KERRY DICKERSON                                    PLAINTIFF

VS.                         CIVIL ACTION NO. 5:13-cv-202(DCB)(MTP)

RAYMOND BYRD, ET AL.                                      DEFENDANTS

<u>ORDER</u>

This cause is before the Court on the plaintiff's Motion for Reconsideration **(docket entry 64)** with reference to this Court's Order of July 13, 2015 (docket entry 62) which denied reconsideration of this Court's Order of April 6, 2015 (docket entry 48), Adopting the Report and Recommendations of Magistrate Judge Michael T. Parker.  The motion is denied for the same reasons stated in the Court's Order of July 13, 2015.

Accordingly,

IT IS HEREBY ORDERED that the plaintiff's Motion for Reconsideration **(docket entry 64)** is DENIED.

SO ORDERED, this the 12th day of August, 2015.


                                    /s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE