```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

RICHARD KERRY DICKERSON                                    PLAINTIFF

VS.                         CIVIL ACTION NO. 5:13-cv-202(DCB)(MTP)

RAYMOND BYRD, ET AL.                                      DEFENDANTS

               ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation **(docket entry 77)**, and on the plaintiff's Objections thereto (docket entry 80). Having carefully reviewed same, the Court finds as follows:

The plaintiff alleges that while he was housed at the Wilkinson County Correctional Facility ("WCCF") the defendants failed to protect him from an attack by other inmates. The plaintiff also alleges that a guard confiscated his watch. In his thorough Report and Recommendation, Magistrate Judge Parker reviews the record in this case and concludes that (1) the plaintiff has failed to submit any competent evidence to support his claims, (2) the defendants were not deliberately indifferent to the plaintiff's medical needs, and (3) the defendants are entitled to judgment as a matter of law. The plaintiff's Objection offers nothing in the way of evidence that would support his claims. The Report and Recommendation further recommends that the motion for summary judgment **(docket entry 67)** filed by E. L. Sparkman should be granted; that the motion for summary judgment **(docket entry 69)**

filed by Raymond Byrd, Raymond Briggs, Conrad Artis, Corrections Corporation of America, Leroy Pitts, David Newton, and Timothy Turnley should be granted; and that the Complaint should be dismissed against these defendants. Finally, Magistrate Judge Parker recommends that the plaintiff's motion for summary judgment **(docket entry 72)** be denied.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Michael T. Parker's Report and Recommendation **(docket entry 77)** is ADOPTED as the findings and conclusions of this Court;

FURTHER ORDERED that the motion for summary judgment **(docket entry 67)** filed by E. L. Sparkman is GRANTED;

FURTHER ORDERED that the motion for summary judgment **(docket entry 69)** filed by Raymond Byrd, Raymond Briggs, Conrad Artis, Corrections Corporation of America, Leroy Pitts, David Newton, and Timothy Turnley is GRANTED;

FURTHER ORDERED that the plaintiff's motion for summary judgment **(docket entry 72)** is DENIED.

A separate Final Judgment shall issue dismissing this action with prejudice.

SO ORDERED, this the 16th day of March, 2016.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE